Lake Shore and Michigan Southern Railway Co.

*v.*

The City of Chicago.

*Filed at Ottawa June 19, 1894.*

This case is substantially like the case of *Lake Shore and Michigan Southern Railway Co.* v. *City of Chicago*, 148 Ill. 509, and is governed by that and subsequent cases.

Per Curiam: This case is substantially like *Lake Shore and Michigan Southern Railway Co.* v. *City of Chicago*, 148 Ill. 509. See, also, *Chicago and Northwestern Railway Co.* v. *City of Chicago*, 140 Ill. 309, and numerous subsequent cases. The case is governed by the decisions in the cases above mentioned.

The judgment herein of the Superior Court of Cook county is affirmed.

*Judgment affirmed.*